# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No.: 24-CV-03798 ) |
| PUBLIC MEDIA ENGINEERING, LLC, and PETER FEMAL, | ) Honorable Sharon Johnson Coleman ) ) |
| *Defendant.* | ) ) |

## DEFAULT JUDGMENT ORDER

This matter coming forth for presentment of Plaintiff's Motion For Entry of Default Judgment Against Defendants (Doc. 12), due notice given, and the court advised; **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Entry of Default against Defendants, Public Media Engineering, LLC and Peter Femal is GRANTED;

2. The relief set forth in Plaintiff's complaint for declaratory judgment is granted and Westfield does not owe a duty to defend or indemnify Public Media Engineering, LLC or Peter Female against the underlying lawsuit styled *Micheal Frederick v. Nicolino Anthony Anzlovar, Peter Femal, Public Media Engineering, LLC, and Does 1 through 25, inclusive*, case no. 22 ST CV 21375, pending in the Superior Court of California, County of Los Angeles – Central District, and accordingly, this matter is now dismissed, with prejudice.

ENTER:

*[signature]*

DATED: November 12, 2024

Sharon Johnson Coleman
United States District Judge